1

2

3                   UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
4                          AT SEATTLE

5   IRENE RIGGS,

6                      Plaintiff,

7       v.                                C16-1525 TSZ

8   LIFE CARE CENTERS OF AMERICA,         MINUTE ORDER
    INC.,
9
                      Defendant.
10

11       The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

12       (1)    The parties' stipulated motion to extend discovery deadlines, docket no. 19,
    is GRANTED in part and DENIED in part.  As indicated in the Minute Order Setting
13  Trial Date and Related Dates, docket no. 13, failure to complete discovery within the
    time allowed is not recognized as good cause for altering the case schedule.  Parties may
14  agree to pursue settlement discussions and delay conducting discovery, but they should
    not expect the Court to continue discovery deadlines solely for that reason.  The parties
15  have proposed to extend the deadline for completing discovery until after dispositive
    motions must be filed.  Such request is denied.  Instead, the Court EXTENDS the
16  deadline for completing discovery to August 4, 2017.  Any motions related to discovery
    shall be filed by June 29, 2017.  All other dates and deadlines set forth in the Minute
17  Order Setting Trial Date and Related Dates, docket no. 13, shall remain in full force and
    effect.
18
         (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
19  record.

20       Dated this 1st day of June, 2017.

21
                                      William M. McCool
22                                    Clerk

                                      s/Karen Dews
23                                    Deputy Clerk

MINUTE ORDER - 1