1

2                                                          **Judge Thomas S. Zilly**

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                **WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

9   IRENE RIGGS, an individual
                                            **Civil Action No.:** 2:16-cv-01525 TSZ
10                              Plaintiff,

11        v.                                **DECLARATION OF**
                                            **GREGORY M. SKIDMORE IN**
12   LIFE CARE CENTERS OF AMERICA, INC., a   **SUPPORT OF MOTION**
     Tennessee Corporation
13
                                Defendant.
14

15        I, Gregory M. Skidmore, declare and state as follows:

16        1.    I am counsel of record for Plaintiff Irene Riggs.  I am over 18 years of age, have

17   personal knowledge of the facts set forth in this declaration and am competent to testify to

18   them.

19
          2.    Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's expert
20
     disclosures under Fed. R. Civ. P. 26(a)(2) dated April 5, 2017.
21
          3.    Attached hereto as **Exhibit 2** is a true and correct copy of the expert disclosures
22
     received by Plaintiff from Defendant.
23

24        4.    Attached hereto as **Exhibit 3** is a true and correct copy of the subpoena issued

25   to Ms. Young for deposition testimony.

26


DECLARATION OF                          **MERCER ISLAND LAW GROUP, PLLC**
GREGORY M. SKIDMORE - 1                   2448 76th Ave SE, Suite 100
                                            Mercer Island, WA  98040

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the email correspondence and attached letter received from Dan English, Director of the Area Agency on Aging of North Idaho.

6.      Attached hereto as **Exhibit 5** is email correspondence between counsel dated July 21, 2017.

7.      During the months of July and August, Plaintiff has made attempts to receive the necessary consent from the resident at Life Care's Sandpoint facility as required by Area Agency on Aging of North Idaho.  Plaintiff has not been successful in obtaining the consent.

8.      Plaintiff expects Ms. Dee Childers, owner and founder of Life Changes Elder Care Consulting LLC in Boise, ID to testify regarding the standard of mental abuse, how Plaintiff's conduct was not mental abuse, and to serve as rebuttal evidence to Defendant's expert, Demetria Heffenreffer.

*I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.*

Executed this 31st day of August, 2017.

_____
Gregory M. Skidmore

DECLARATION OF
GREGORY M. SKIDMORE - 2

**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave SE, Suite 100
Mercer Island, WA  98040