# Exhibit 2

Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRENE RIGGS, an individual, | Civil Action No. 2:16-cv-01525 TSZ |
| Plaintiff, | DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES |
| vs. | |
| LIFE CARE CENTERS OF AMERICA, INC., a Tennessee Corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and the Court's Scheduling Order, Defendant Life Care Centers of America, Inc. ("Life Care") designates the following expert witness to testify on its behalf:

1. Demetria Haffenreffer, RN, Haffenreffer & Associates, 10050 NW Ash Street, Portland, OR 97299; (800) 733-6590. A copy of Ms. Haffenreffer's Expert Opinion dated May 24, 2017, is attached hereto as Exhibit A, and a copy of her CV is attached as Exhibit B.

DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES - 1
USDC WD WA CAUSE NO. 2:16-cv-01525 TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4820-2086-4073.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 26, 2017 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| 3 | | */s/Benjamin J. Stone* <br> By _____ |
| 4 | | Benjamin J. Stone, WSBA #33436 <br> Benjamin.Stone@lewisbrisbois.com |
| 5 | | |
| 6 | | */s/John T. Bender* <br> By _____ |
| 7 | | John T. Bender, WSBA #49658 <br> John.Bender@lewisbrisbois.com |
| 8 | | 1111 Third Avenue, Suite 2700 <br> Seattle, Washington 98101 |
| 9 | | 206-436-2020 / 206-436-2030 Fax <br> Attorneys for Defendant Life Care |
| 10 | | Centers of America, Inc. |

DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES - 2  
USDC WD WA CAUSE NO. 2:16-cv-01525 TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP  
1111 Third Avenue, Suite 2700  
Seattle, Washington 98101  
206.436.2020

4820-2086-4073.1

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing Defendant's Disclosure of Expert Witnesses to be served via the method below on this 26th day of May, 2017, on the following counsel/party of record:

| *Plaintiff's Counsel*<br>George O. Tamblyn<br>Gregory M. Skidmore<br>Mercer Island Law Group, PLLC<br>2448 76th Avenue SE, Suite 100<br>Mercer Island, WA 98040 | [ ] via U.S. Mail, first class, postage prepaid<br>[ ] via Legal Messenger Hand Delivery<br>[ ] via Facsimile<br>[ ] via CM/ECF<br>[x] via E-mail:<br>gtamblyn@mercerlg.com<br>gskidmore@mercerlg.com |
|---|---|

*s/Linda Morlin*
Linda Morlin, Legal Secretary

DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES - 3
USDC WD WA CAUSE NO. 2:16-cv-01525 TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4820-2086-4073.1

Exhibit A



# Expert Opinion

# Irene Riggs v. Life Care Centers of America, Inc.

# May 24, 2017

I am a RN and own a nursing home consulting company in Portland, Oregon. I have over forty years' experience in the nursing home field, as a Director of Nursing, an educational consultant and for the past thirty years as a consultant specializing in regulatory compliance. I serve providers in both Skilled and Community Based Care (Assisted Living and Residential Care) settings. I have served as an AHCA Quality Award Baldrige Examiner and have served on multiple quality committees for local and national organizations, including the expert Nursing Home panel of the Oregon Patient Safety Commission and the steering committee of MOVE (Making Oregon Vital for Elders), a subsidiary of the Pioneer Network, a Nursing Home culture change organization. I am certified as a Positive Approach to Care (PAC) Dementia Care Trainer. I currently serve on the Quality Improvement Committee of the Washington Health Care Association. I have provided education on Long Term Care topics, specifically related to abuse and abuse reporting and investigations in multiple States including Idaho. I am familiar with the Federal and State Requirements governing care and services in Skilled and Assisted Living facilities in the State of Idaho. Please see my attached Curriculum Vitae for detailed information related to my education, professional experience, trainings, and publications.

If I am provided additional materials I reserve my right to amend my opinion based on further review of clinical records I am provided.

My conclusions are based upon my review of the records and files provided to me and listed below:

1. Complaint
2. Letter to Tamara M. West, Investigator Equal Employment Opportunity Commission, from Lewis Brisbois Bisgaard & Smith Attorney Benjamin Stone
3. Plaintiff's first set of interrogatories and requests for production
4. Answer and affirmative defenses of defendant
5. Life Care abuse investigation including a summary of events and staff interviews
6. Statements from Irene Riggs
7. Life Care emails

4846-4157-7801.1

10050 NW Ash St., Portland, OR 97229
800.733.6590 • 503.297.2732 • Fax 503.297.5638
www.consultdemi.net • demi@consultdemi.net

8. Termination documentation
9. Clinical record documentation for Mr. James Loosemore
10. Staff education
11. Life Care Code of Conduct
12. Training certificates for Irene Riggs and acknowledgement by Irene Riggs of receipt and understanding of Life Care Code of Conduct that includes definitions of abuse

### ***Background***

On January 8, 2016, Irene Riggs, Executive Director, was called to Mr. Loosemore's room by nursing staff as a result of his yelling and aggressive behavior towards staff and his roommate. His behaviors included swearing and turning his TV volume up. Mr. Loosemore suffers from multiple sclerosis and as a result is unable to move from the waist down. As a result of Mr. Loosemore's refusal to lower the volume his TV when she asked him to do so, Irene Riggs admitted she told Mr. Loosemore "we're not going to play that game," unplugged his TV, and told him he could watch TV when was willing to watch it at a proper volume. Additionally, witnesses overheard Ms. Riggs read an involuntary discharge notice to Mr. Loosemore. When Ms. Riggs later returned to the room and found Mr. Loosemore asleep, she plugged his TV back into the socket. Ms. Riggs also informed other staff that they were permitted to unplug Mr. Loosemore's TV if he refused to lower the volume in response to a request. As a result, a staff member subsequently turned Mr. Loosemore's TV off a second time after he refused to lower the volume. An abuse report was made to Life Care that resulted in suspension of Irene Riggs pending the results of an abuse investigation conducted by Life Care Management staff. Irene Riggs' employment was subsequently terminated on February 1, 2016, when the abuse complaint was substantiated. In addition, information obtained from the State of Idaho, Office of the Ombudsman for the Aged, confirmed that, contrary to Ms. Riggs' statements to staff, they had not approved her course of action. The episode is well documented by Irene Riggs statements and additional staff statements. In addition, Life Care was required to rescind the discharge notice to Mr. Loosemore and move him into a private room. Staff was also required to be instructed that unplugging a resident's TV is not an acceptable response to an incident such as the one involving Mr. Loosemore.

Irene Riggs alleges Life Care Centers of America, Inc terminated her employment for retaliation as a result of her complaints of sexual harassment in November 2015 and not due to the abuse complaints.

Life Care of Sandpoint alleges Irene Riggs' employment was terminated on February 1, 2016 for a substantiated abuse claim, where she verbally and mentally abused a resident in her care and not as a result of retaliation.

## **_Opinion_**

Through her actions that are well documented and affirmed by Irene Riggs herself, Irene Riggs verbally and mentally abused James Loosemore. Unplugging the TV of a resident who lacks mobility due to his refusal to lower the volume constituted mental abuse of a resident. She made matters worse by instructing other staff, inappropriately, that it was permissible to unplug his TV if he refused to cooperate in setting the volume of the TV. It is my opinion, that through the actions of Irene Riggs, in establishing a behavioral intervention without thoroughly assessing and exploring other alternatives, staff members unwittingly caused abuse to Mr. Loosemore. Ms. Riggs further engaged in mental abuse of Mr. Loosemore by reading him the involuntary discharge notice when he had not engaged in any actions that would require his involuntary discharge from the facility.

The Idaho Requirements for Assisted Living Facilities requires the Administrator of an Assisted Living facility to ensure the policies and procedures of his/her facility are implemented, including those policies and procedures governing abuse. Life Care Centers requires the Administrator to follow the Code of Conduct. It is my opinion, Irene Riggs, as the leader and Executive Director of the facility, had a duty to be a model of behavior related to the requirements as well as the Code of Conduct set by Life Care Centers of America.

The Idaho State Requirements at 16.03.22 Residential Care or Assisted Living Facilities in Idaho, defines abuse as, "The non-accidental act of sexual, physical or mental mistreatment, or injury of a resident through the action or inaction of another individual." The event of January 8, 2016, of unplugging Mr. Loosemore's TV, by these definitions represented mental mistreatment of Mr. Loosemore. The event was reportable by Idaho requirements and required thorough investigation.

The requirements at 16.03.22 include requirements for management of behaviors that include, identifying and evaluating behaviors, guidelines for conducting behavioral reviews, and implementing the least restrictive interventions. Implementing an intervention such as the one Irene Riggs implemented, unplugging the TV, was not based on an evaluation, alternatives were not explored and the intervention was not the least restrictive. It is my opinion, the lack of evaluation and the implementation of a hasty intervention such as unplugging the TV represented an abusive behavior on the part of Irene Riggs.

Irene Riggs was an experienced Executive Director who was trained on abuse and Life Care's Code of Conduct; and she acknowledged that training through her signature. She acknowledged she implemented the intervention of unplugging the TV for Mr. Loosemore. Staff members corroborated the intervention and the events that led up to the intervention.

Based on my extensive experience with and knowledge of the requirements and with reasonable certainty, Life Care Centers of America acted within standards and the requirements by suspending Irene Riggs, conducting a comprehensive investigation and subsequently terminating Irene Riggs for a substantiated abuse claim.

It is my opinion Life Care had no recourse but to terminate Irene Riggs as her actions represented abuse and therefore abuse was substantiated.

Respectfully Submitted,

Demetria Haffenreffer, RN

# Exhibit B

Case 2:17-cv-00342-TOR    ECF No. 24-3    filed 08/31/17    PageID.133    Page 10 of 15

# DEMETRIA P. HAFFENREFFER, RN, MBA
10050 NW Ash St.  • Portland, OR  97229
(503) 297-2732 ● FAX (503) 297-5638 ● demi@consultdemi.net

## POSITIONS HELD

| | |
|---|---|
| July 1985 - Present | **President/Owner**<br>Haffenreffer & Associates, Inc., Portland, OR<br>Haffenreffer & Associates consults & provides Educational Services to long-term care & community based care facilities nationwide.  Specializing in regulatory compliance, it has assisted over 400 facilities out of decertification since 1989.  In addition to provided crisis management, three basic services are offered to the Long Term Care, Hospital and Assisted Living Facilities: Corporate Compliance and quality program implementation & audits, including billing & presurvey audits; Policy & Procedure Development; & Workshops, Courses & Course Materials.  Haffenreffer & Associates has provided expert analysis, advice & testimony to attorneys since 1990. |
| January 2014-Present | **Member Quality Improvement Committee**<br>Washington Health Care Association, Tumwater, Washington |
| June 2007 – June 2009 | **Chief Quality Officer**<br>Avamere Health Services, Inc., Wilsonville, OR<br>On contract & responsible for the development of quality systems & corporate compliance programs throughout the entire organization. |
| December 2006 – 2007 | **Member Survey and Certification Task Force**<br>American Association of Homes and Services for the Aging |
| December 2005 –<br>June 2011 | **Master Quality Award Board Examiner (Baldrige Criteria)**<br>American Health Care Association |
| January 2002 –<br>December 2009 | **Member Quality Improvement Committee**<br>American Health Care Association<br>AHCA represents 12,000 non-profit and for-profit assisted living, nursing facility, long-term care and sub acute care providers nationwide. |
| January 1990 -<br>September 1993 | **Vice President, Member of Board of Directors**<br>Oregon Health Care Association, Portland, OR |

## WORK EXPERIENCE

| | |
|---|---|
| January 1984 -<br>July 1985 | **Educational Coordinator**<br>North Shore Employment & Training, Salem, MA submitted grant proposal and won State of Massachusetts funding for a program to train and certify Nursing Assistants and Home Health Aides, drawing students from welfare and low-income families. |
| September 1982 -<br>December 1983 | **Geriatric Nurse Leader**<br>Addison Gilbert Hospital, Gloucester, MA<br>Implemented and coordinated the development of a geriatric module within a hospital setting. |
| March 1979 -<br>September 1982 | **Educational Coordinator**<br>Cushman Management Associates, Danvers, MA<br>Responsible for all the educational programs and workshops in six Long Term Care Facilities and one Home Health Agency for professional and paraprofessional staff. |
| January 1973 -<br>November 1978 | **Director of Nursing**<br>River Terrace Healthcare, Lancaster, MA |

## EDUCATION

| | |
|---|---|
| 1977 - 1980 | **Masters Business Administration**<br>Boston University, Boston, MA |
| 1974 - 1977 | **BS Nursing**<br>N.Y.U. External Degree Program, Albany, NY |
| 1967 - 1970 | **Diploma in Nursing**<br>Truesdale Hospital School, Fall River, MA |

**DEMETRIA P. HAFFENREFFER, RN, MBA**
Page 2

## PROFESSIONAL CERTIFICATIONS, HONORS, PUBLICATIONS
_____

| | |
|---|---|
| April 2011 | "A Model Program for Quality Performance – Steadfast gains in Quality, Safety & Business" Co-authored with Colorado Foundation for Medical Care and Abt Associates. |
| September 2009 | Oregon Health Care Association *Special Service Award for Quality*. |
| December 2004 | Certification Conflict Resolution and Mediation Marylhurst University |
| June 2003 | <u>Provider Magazine</u>: "Radiating Excellence – Exceptional Nurse Leadership" |
| 2002 | Leadership Excellence Self-Assessment Program Facilitator American Healthcare Association |
| 1999 | Certified Healthcare Mediator American Health Lawyers Association |
| 1992 | "Restorative Care - Policy & Procedures" Comprehensive Manual |
| 1991 | "Establishing Policy and Procedures for Quality Assessment and Assurance. A Manual for Long-Term Care Givers" |
| 1991 | <u>Provider Magazine</u>:  "The Rewards of Restorative Care" |
| 1991 | OBRA Costing Study Contracted by Oregon Health Care Association to assist Oregon Senior and Disabled Services with a study to determine the cost of the OBRA regulations so Oregon facilities could be appropriately reimbursed. |
| 1990; rev. 1993 | "Restraints - Policy and Procedures: A Manual for Long-Term Care Facility Care Givers" |
| 1990 | Nursing Home Staffing Study Awarded grant from Oregon Senior and Disabled Services and performed study on the feasibility of establishing Standard Staffing to patient ratios in Nursing Facilities |
| 1989 | Certified Ericksonian Hypnosis |
| 1988 | Certified Neuro-Linguistic Master Practitioner |
| 1984 | Certified in Nursing Administration American Nurses Association    RN, CNA #069191 |

**DEMETRIA P. HAFFENREFFER, RN, MBA**
Page 3

## PRESENTATIONS GIVEN

| Title | Date | Presented to |
|---|---|---|
| Mentoring Guide – Steps to Creating a Learning Organization | February 2016 | Washington Health Care Association |
| QAPI Design–Selecting & Implementing Key System & Process Measures | February 2016 | Washington Health Care Association |
| The Nature of Things: Sexuality in Long Term Care | January 2016 | Maine Health Care Association |
| Survey-Prepare for; During; Post Survey; IDR | April 2015 | Idaho Health Care Association |
| Leadership Excellence | January 2015 | Georgia Health Care Association |
| Workforce Engagement and Excellence | September 2014 | Montana Health Care Providers |
| Learning to Lead | September 2014 | Mississippi Health Care Association |
| The Heart of QAPI | August 2014 | Pioneer Network National Convention |
| QAPI-Designing, Implementing and Sustaining Excellence | July 2014 | Idaho Health Care Association |
| CAA Review: Developing Functional, Resident-Centered Care Plan | November 2013 | LeadingAge Oregon |
| QAPI-Designing, Implementing and Sustaining Excellence | October 2013 | Oregon Health Care Association |
| Managed Risk: Proactive Strategies to Enhance Care/Prevent Losses | October 2013 | California Assisted Living Association |
| Quality of Life & Quality of Care-Bringing the Two Concepts Together | September 2013 | Montana Health Care Association |
| Dare to be Better-The Five Keys to Success at Work | September 2013 | Providence Elderplace PCA Summit |
| Can this Fall be Prevented? | September 2013 | National Assoc State Veterans Homes |
| CAA Review: Developing Functional, Resident-Centered Care Plan | August 2013 | Maine Health Care Association |
| Managing Change: Continuously Improving Staff and Care | August 2013 | Pioneer Network |
| Managed Risk: Proactive Strategies to Enhance Care/Prevent Losses | June 2013 | LeadingAge Washington |
| A Systems-Based Approach to Performance Excellence | June 2013 | NADONA |
| Practical Strategies to Improve Care and Reduce Hospital Transfers | May 2013 | LeadingAge Oregon |
| The Pen is Mightier than the Sword | May 2013 | American Health Information Association |
| Managed Risk: Proactive Strategies to Enhance Care/Prevent Losses | May 2013 | Ohio Health Care Association |
| Behavioral Problems: Understanding, Preventing & Managing | April 2013 | Concepts in Community Living |
| QAPI in Action–Utilizing QAPI Principles Antipsychotic Reduction | April 2013 | LeadingAge Oregon |
| QAPI in Action–Utilizing QAPI Principles for Fall Prevention | April 2013 | LeadingAge Oregon |
| Intimacy and Sexuality in Long-Term Care | April 2013 | LeadingAge Oregon |
| QAPI Design & Implementation: The CMS Elements | April 2013 | LeadingAge Oregon |
| Implementation Guidelines for Effective QAPI System | March 2013 | LeadingAge New York |
| QAPI-Designing, Implementing and Sustaining Excellence | March 2013 | Washington Health Care Association |
| Managing Transitions and Change | February 2013 | Oregon Center for Nursing |
| CQI for Community Based Care | October 2012 | Maine Health Care Association |
| Interventions to Reduce Acute Care Transfers Using Interact II | September 2012 | Oregon Health Care Association |
| A Systems Based Approach to Performance Excellence | May 2012 | Leading Age of New York |
| Quality, Ethics & Compliance: Opportunities for Implementation | May 2012 | Leading Age of New York |
| Managed Risk: Proactive Strategies to Enhance Care/Prevent Loss | March 2012 | NCAL; Utah Health Care Association |
| Engage Staff to Improve Clinical Practice & Achieve Excellence | September 2011 | Utah Health Care Association |
| Using the Baldrige Criteria to Engage your Workforce | September 2011 | America Health Care Association |
| How to Decide: Critical Thinking, Intuition and Common Sense | September 2011 | Leading Age of Oregon |
| CQI for ALF-Translating Survey Citations into QI Plans | September 2011 | Washington Health Care Association |
| MDS 3.0 – Navigating the New MDS Landscape | March 2011 | Montana Health Care Association |
| RUG's IV & Medicare – Optimizing Reimbursement | March 2011 | MHCA and MT Health Care Providers |
| Navigating the New Regulatory Landscape | September 2010 | DRI – The Voice of the Defense Bar |
| Using Baldrige Criteria for Workforce Excellence | August 2010 | Pioneer Network |
| CQI – Managing Residents' Pain | 2009 | Oregon Health Care Association |
| Systems Approach to Performance Excellence | 2009 | America College of Nrsg Home Admins |
| Performance Excellence | 2009 and 2010 | Multiple Organizations |
| Leadership Excellence – Components of Effective QA | 2009 | Mt. States Consortium |
| Requirement & Guidance – Quality Of Life | 2009 - Present | Oregon Alliance & Multiple Org. |
| Requirement & Guidance F314 – Pressure Ulcers | 2008 – Present | Multiple Organizations |
| Requirements & Guidance F309 – Quality of Care | 2008 - Present | Multiple Organizations |
| Requirements & Guidance F323 – Preventing Accidents | January 2008 | Oregon Alliance for Senior Health Serv. |
| Bowel Management in the Elderly | 1990 – Present | Fruit-Eze, Inc. (Various States) |
| Rethinking PPS | February 2006 | Consonus – Oregon and California |
| Medical Directors: Strategies for Winning Partnerships | December 2005 | Oregon Health Care Association |
| Notes from the Field – Keynote Speaker | October 2005 | Qualis Health Care – Idaho Accord |
| Medical Directors: Strategies for Winning Partnerships | 2005 | Multiple Organizations |
| Proactive Risk Management Strategies | September 2005 | Oregon Healthcare Assoc. Convention |
| New Survey Guidelines – F315 Urinary Incontinence | Summer 2005 | Multiple State Association Conventions |

## MAJOR TRAINING COURSES DEVELOPED

| | |
|---|---|
| **The Role of the Nurse in Community Based Care** | A three day course for nurses working in Community Based Care focusing on Systems and Processes to ensure quality and compliance with State Requirements. |
| **Navigating MDS 3.0 & CAA's** <br> **RAI Training for Nursing Facility Staff** | A fourteen hour course on how to complete all sections of the MDS 3.0 and rules pertaining to each section also includes the Care Area Assessment (CAA) Process, PPS schedule and how the MDS is used in the survey process. |
| **Nursing Management in Long-Term Care** | A twenty hour course for the LTC Nurse Manager focusing on the use of the Federal Interpretive Guidelines as a basis for developing Policy & Procedures which will ensure regulatory compliance and the development of a CQI program. |
| **Survey Readiness – Putting your Best Foot Forward** | A six hour course focusing on the impact of the MDS and RAPS on resident quality of care, survey outcomes, publicly reported Quality Measures and reimbursement. |
| **Strategies for Understanding, Preventing and Managing Residents with Behavioral Problems** | A six hour course for caregivers, licensed nurses and managers of behavioral and/or Alzheimer's units. |
| **Medication Administration -** <br> **Standards and Practices for Safe Administrations** | A six hour course for Community Base Care focusing on the standards of practice for safe medication administration. |
| **Performance Excellence – The Components of Excellence in CQI** | A two-day intensive that provides practical in-depth treatment to basic and advanced techniques for CQI. |
| **Step up to the Plate: Quality is your Business** | A two-day intensive utilizing the Baldrige criteria as a foundation for exploring the key components of an effective quality improvement program (QAPI), which includes Planning, Looking, Analyzing, Training and Enabling Staff to perform at top proficiency levels. |
| **Basic Intravenous and Phlebotomy Procedures** | A six-hour course that provides in-depth information related to care of a resident with IV therapy and practice/competency training in venipuncture techniques and care of central lines. |
| **Continuous Quality Improvement for Community Based Care Facilities** | A six-hour workshop specific to Community Based Care Facilities (ALF's and RCF's) Managers and Directors. Participants will learn the basics of Continuous Quality Improvement (CQI), learn how to implement the program and assess their staff's readiness for CQI. In addition, participants will review common survey citations and learn how to translate these into CQI action plans. |
| **Nursing Management in Community-Based Care** | A fourteen hour course designed specifically for nurses who work, wish to work or provide some type of consultation to Community Based Care Facilities (ALF's, RCF's and Memory Care). Participants will review the philosophical view and role a nurse plays as well as regulations and standards of practice. Barriers and solutions to an effective nursing and health care monitoring program will be discussed. |

# LEGAL EXPERT SERVICES

The following are law firms to which I have provided expert review and/or testimony:

**Aiken, St. Louis & Siljeg**
1200 Norton Building
801 Second Ave.
Seattle, WA 98104
Tel. (206) 624-2650

**Ashcroft Wiles, LLP**
1820 Commercial St. SE
Salem, OR 97302
Tel. (503) 364-6734

**Atkinson, Conway & Gagnon, Inc.**
420L St., Suite 500
Anchorage, AK 99501-1989
Tel. (907) 276-1700

**Bennett Bigelow & Leedom PS**
601 Union St, Ste 1500
Seattle, WA 98101-1363
Tel. (206) 622 5511

**Bullivant, Houser, Bailey**
300 Pioneer Tower
888 S. W. Fifth Ave.
Portland, OR 97204
Tel. (503) 228-6351

**Campbell, Erickson, Ference & Hall**
1245 East Brickyard Road, Suite 505
Salt Lake City, Utah 84106
Tel. (804) 466-4266

**Davis, Wright, Tremaine**
2300 First Interstate Tower
1300 S.W. Fifth Ave.
Portland, OR 97201
Tel. (503) 241-2300

**Fain, Sheldon, Anderson & VanDerhoef**
Wells Fargo Center
999 Third Ave., Ste. 3610
Seattle, WA 98104-4038
Tel. (206) 749-0094

**Gordon Thomas Honeywell**
One Union Square
600 University, Ste. 2100
Seattle, WA 98101
Tel. (206) 676-7500

**Hart & Wagner**
Twentieth Floor
1000 S.W. Broadway
Portland, OR 97205
Tel. (503) 222-4499

**Johnson, Graffe, Keay & Moniz**
1015 Third Ave., Ste. 910
Seattle, WA 98104-1185
Tel. (206) 223-4770

**Keating Jones Hughes, PC**
One SW Columbia Ave., Ste 800
Portland, OR 97258
Tel. (503) 222 9955

**Kilmer, Voorhees & Laurick, PC**
732 NW 19th Ave
Portland, OR 97209
Tel. (503) 224 0055

**Lane Powell PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Tel. (206) 223-7273

**Lane Powell PC**
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Tel. (503) 778-2100

**Lane Powell PC**
111 Market St NE, Ste 360
Olympia, WA 98501-1070
Tel. (360) 754 6001

**Lawrence & Versnel**
601 Union St.
2 Union Square, Ste. 3030
Seattle, WA 98101
Tel. (206) 344-2003

**Lee, Smart, Cook, Martin & Patterson**
701 Pike St., Ste. 1800
One Convention Place
Seattle, WA 98101
Tel. (206) 624-7990

**Lewis Brisbois Bisgaard & Smith**
2929 North Central Avenue, Ste. 1700
Phoenix, AZ 85012
Tel. (602) 385-1040

**Lindsay, Hart, Neil & Weigler, LLP**
1300 SW Fifth Ave., Ste. 3400
Portland, OR 97201-5696
Tel. 503-226-7677

**Reed McClure**
2 Union Square
601 Union St., Ste. 4901
Seattle, WA 98101
Tel. (206) 292-4900

**Meyer, Fluegge & Tenney, PS**
PO Box 22680
Yakima, WA 98907-2680
Tel. (509) 575 8500

**Moore & Elia, LLP**
1001 W Idaho St., #400
Boise, ID 83702-5741
Tel. (208) 336 6900

**Richards, Brandt, Miller, Nelson**
Wells Fargo Center
299 So. Main Street, 15th Floor
Salt Lake City, Utah, 84111
Tel. (801) 531-2000

**Ryan, Swanson & Cleveland**
1201 Third Ave., Ste. 3400
Seattle, WA 98101
Tel. (206) 464-4224

**Schulte, Anderson, Downes**
811 S.W. Front Street, Suite 500
Portland, OR 97204
Tel. (503) 223-4131

**Shuman, McCuskey & Slicer, PLLC**
1411 Virginia Street, East, Suite 200
Charleston, West Virginia 25339
Tel. (304) 345-1400