UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRENE RIGGS,<br><br>              Plaintiff,<br><br>   v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br><br>             Defendant. | C16-1525 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to transfer venue, docket no. 30, is GRANTED. For the convenience of non-party witnesses and in the interest of justice, this case is TRANSFERRED to the District Court for the Eastern District of Washington (Spokane), pursuant to the consent of the parties. *See* 28 U.S.C. § 1404(a).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, immediately TRANSFER this matter to the Eastern District of Washington, and administratively CLOSE this case.

Dated this 29th day of September, 2017.

                                                    William M. McCool
                                                    Clerk

                                                      s/Karen Dews
                                                      Deputy Clerk

MINUTE ORDER - 1