# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| IRENE RIGGS, an individual,<br>*Plaintiff*<br>v.<br>LIFE CARE CENTERS OF AMERICA, INC.,<br>a Tennessee corporation,<br>*Defendant* | Civil Action No. 2:17-CV-0342-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff Irene Riggs recover from the Defendant Life Care Centers of America, Inc. the amount of One Million Five Hundred Thirty Three Thousand Nine Hundred Thirty Two dollars ($1,533,932.00), plus post judgment interest at the rate of 1.43% per annum along with costs.

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 2, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen