UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRENE RIGGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br><br>　　　　Defendant. | No. 2:17-CV-00342-TOR<br><br>SATISFACTION OF AMENDED JUDGMENT |

　　　In accordance with the agreement of the parties, the undersigned counsel for Plaintiff/Judgment Creditor Irene Riggs hereby acknowledges that the Amended Judgment entered in Ms. Riggs's favor and against Defendant/Judgment Debtor Life Care Centers of America, Inc., on March 21, 2018 (ECF No. 119), has been satisfied in full.

SATISFACTION OF AMENDED JUDGMENT - 1
USDC ED Wash. No. 2:17-CV-00342-TOR

1   The Clerk of the Court is authorized to enter this full satisfaction of
2   judgment.
3
4   Dated this 21 day of November, 2018.
5   SKIDMORE | FOMINA, PLLC
6
7   _____
8   Gregory M. Skidmore, WSBA #47462
    14205 SE 36th Street, Suite 100
9   Bellevue, WA 98006
10  Telephone: 425.519.3656
    gskidmore@skidmorefomina.com
11
    *Attorney for Plaintiff*
12
13
14  STATE OF WASHINGTON      )
15                           ) ss.
    COUNTY OF ___King____    )
16
17  This record was acknowledged before me on ___November 21___,
18  20 18 , by ___Gregory Skidmore___.
19
20  (Stamp)                    _____
21                             (Print Name) Kelly Gaffney
22
23                             Notary Public for the State of Washington
24                             My commission expires: 10/29/21
25
26

SATISFACTION OF AMENDED JUDGMENT - 2
USDC ED Wash. No. 2:17-CV-00342-TOR